AO 241
(Rev. 01/15)

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: *MIDDLE* | |
|---|---|---|
| Name (under which you were convicted): *Darius Deshon Wright* | | Docket or Case No.: *6:23-cv-487-CEM-ESK* |
| Place of Confinement : *Florida State Prison 23916 NW 83rd Avenue Raiford, FL 32026* | | Prisoner No.: *X 80865* |
| Petitioner (include the name under which you were convicted) | v. Respondent (authorized person having custody of petitioner) *SECRETARY FLA Department OF CORRECTIONS Ricky D. Dixion* | |
| The Attorney General of the State of: *FLORIDA* | | |

### PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    *IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA*

    (b) Criminal docket or case number (if you know): *2016-CF-5565-A-O*

2.  (a) Date of the judgment of conviction (if you know): *October 27, 2017*

    (b) Date of sentencing: *October 27, 2017*

3.  Length of sentence: *LIFE, 30 YEARS, 15 YEARS*

4.  In this case, were you convicted on more than one count or of more than one crime?  ☑ Yes  ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case: *Second-degree murder, Aggravated Child abuse (Aggravated batter with a deadly weapon) Attempted Second-degree murder, and Aggravated battery with a deadly weapon or Causing great bodily harm.*

6.  (a) What was your plea? (Check one)

    ☑ (1)   Not guilty          ☐ (3)   Nolo contendere (no contest)

    ☐ (2)   Guilty              ☐ (4)   Insanity plea

AO 241
(Rev. 01/15)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? *PLEAD NOT guilty TO All Counts AND proceed TO TRIAL*

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury     ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes     ☑ No

8. Did you appeal from the judgment of conviction?

☑ Yes     ☐ No

9. If you did appeal, answer the following:

(a) Name of court: *FiFth DISTRICT CourT OF Appeal*

(b) Docket or case number (if you know): _____

(c) Result: *AFFIRMED*

(d) Date of result (if you know): *JANUARY 28, 2019*

(e) Citation to the case (if you know): *WRIGHT V. STATE, 261 So. 3d 559 (Fla. 5th DCA 2018)*

(f) Grounds raised:

*SEE Attached Appendix*

(g) Did you seek further review by a higher state court?     ☐ Yes     ☑ No

If yes, answer the following:

(1) Name of court: *N/A*

(2) Docket or case number (if you know): *N/A*

(3) Result: *N/A*

(4) Date of result (if you know): *N/A*

AO 241
(Rev. 01/15)

Page 4

(5) Citation to the case (if you know): _N./A_

(6) Grounds raised: _N./A_

_N/A_

_N/A_

(h) Did you file a petition for certiorari in the United States Supreme Court? _N/A_  ☐ Yes   ☐ No

If yes, answer the following: _N/A_

(1) Docket or case number (if you know): _N/A_

(2) Result: _N/A_

(3) Date of result (if you know): _N/A_

(4) Citation to the case (if you know): _N/A_

10.   Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☑ Yes   ☐ No

11.   If your answer to Question 10 was "Yes," give the following information:

(a)   (1) Name of court: _THE NINTH JUDICIAL CIRCUIT, ORANGE COUNTY, FL_

(2) Docket or case number (if you know): _2016-CF-5565-A-O_

(3) Date of filing (if you know): _October 10, 2019_

(4) Nature of the proceeding: _Amended Motion For Post Conviction Relief 3.850_

(5) Grounds raised: _1) Trial Counsel was Ineffective For Not Timely Advising Defendant of Plea of 11 years. 2) Trial Counsel was Ineffective for Failing To object To Discovery Violation of Mischaracterizing States Expert Witness 3) Trial Counsel Failed To object To State Attorney invading the province of the jury. 4) Trial Counsel Failed To object To A Fourth Amendment Violation of Search and Seizures, of Illegally Obtaining his Cell Phone. 5) Counsel Failed to Call A States Expert Witness, To give Exculpatory Testimony. See Attached Appendix of Courts Denial of 3.850_

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result: _Denied without an Evidentiary hearing._

(8) Date of result (if you know): _May 25, 2022_

AO 241
(Rev. 01/15)

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: DISTRICT COURT OF APPEAL FIFTH DISTRICT

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: NOTICE OF APPEAL

(5) Grounds raised: TRIAL COURT ERRED by SUMMARILY
DENYING APPELLANT's MOTION FOR POST CONVICTION
RELIEF Without FIRST CONDUCTING AN EVIDENTIARY
HEARING, NOR Attaching PORTIONS OF THE RECORD
that CONCLUSIVELY REFUTE the Appellant's Claim.

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☑ No

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: SUPREME COURT OF FLORIDA

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____       SEE Attached Appendix Y.

_____

AO 241
(Rev. 01/15)

Page 6

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☑ Yes    ☐ No

(2) Second petition:    ☑ Yes    ☐ No

(3) Third petition:    ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

AFTER FLORIDA SUPREME COURT DENIAL NO OTHER STATE Court Remedy ARE Available

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** The Petitioner Conviction was obtain in Violation of the United States Constitution, The Sixth and Fourteenth Amendment

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The Petitioners Trial Counsel was Ineffective during his Trial as the Claims, has been presented To the Circuit Court, In Orange County, Fl. that Failed To hold an Evidentiary Hearing on any of the Five grounds presented Resulting in the Summary Denial, Followed by The District Court of Appeals Fifth District Affirmed the Lower Court's Summary Denial, without Attaching Portions of The Record that Conclusively Refuting the Claims, Causing Petitioner's Conviction To be in Violation of The Court.

(b) If you did not exhaust your state remedies on Ground One, explain why:

Did Exhaust All STATE Court Remedy's To the Highest STATE Court.

_____
_____
_____
_____
_____

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:    *1) ID RAISE*

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    *MOTION FOR POSTCONVICTION RELIEF, 3.850*

Name and location of the court where the motion or petition was filed:    *The NINTH JUDICIAL*
*CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA*

Docket or case number (if you know):    *2016-CF-5565-A-O*

Date of the court's decision:    *MAY 25, 2022*

Result (attach a copy of the court's opinion or order, if available):    *SUMMARY DENIAL,*
*WITHOUT AN EVIDENTIARY HEARING*

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?    ☑ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☑ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:    *The Fifth DISTRICT COURT OF*
*APPEAL*

Docket or case number (if you know):    _____

Date of the court's decision:    _____

Result (attach a copy of the court's opinion or order, if available):    _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

AO 241
(Rev. 01/15)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: FILED A NOTICE TO INVOKE DISCRETIONARY REVIEW

**GROUND TWO:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A

(b) If you did not exhaust your state remedies on Ground Two, explain why: N/A
N/A
N/A
N/A

(c)    **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☐ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: N/A
N/A
N/A

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

N/A
N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

AO 241
(Rev. 01/15)

Result (attach a copy of the court's opinion or order, if available): *N/A*

*N/A*

*N/A*

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *N/A*

*N/A*

Docket or case number (if you know): *N/A*

Date of the court's decision: *N/A*

Result (attach a copy of the court's opinion or order, if available): *N/A*

*N/A*

*N/A*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: *N/A*

*N/A*

*N/A*

*N/A*

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : *N/A*

*N/A*

*N/A*

*N/A*

**GROUND THREE:** *N/A*

*N/A*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): *N/A*

*N/A*

*N/A*

*N/A*

*N/A*

*N/A*

*N/A*

Page 10

AO 241
(Rev. 01/15)

(b) If you did not exhaust your state remedies on Ground Three, explain why: *N/A*

*N/A*

*N/A*

*N/A*

*N/A*

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes     ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: *N/A*

*N/A*

*N/A*

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *N/A*

Name and location of the court where the motion or petition was filed: *N/A*

*N/A*

Docket or case number (if you know): *N/A*

Date of the court's decision: *N/A*

Result (attach a copy of the court's opinion or order, if available): *N/A*

*N/A*

*N/A*

(3) Did you receive a hearing on your motion or petition?     ☐ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *N/A*

*N/A*

Docket or case number (if you know): *N/A*

Date of the court's decision: *N/A*

Result (attach a copy of the court's opinion or order, if available): *N/A*

*N/A*

*N/A*

*N/A*

AO 241
(Rev. 01/15)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_N./A_

_N/A_

_N/A_

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:   _N/A_

_N/A_

_N/A_

**GROUND FOUR:**   _N/A_

_N/A_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_N/A_

_N/A_

_N/A_

_N/A_

_N/A_

_N/A_

_N/A_

(b) If you did not exhaust your state remedies on Ground Four, explain why:   _N/A_

_N/A_

_N/A_

_N/A_

_N/A_

(c)   **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ❏ Yes   ❏ No

(2) If you did not raise this issue in your direct appeal, explain why:   _N/A_

_N/A_

_N/A_

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❏ Yes   ❏ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   _N/A_

AO 241
(Rev. 01/15)

Name and location of the court where the motion or petition was filed: *N/A*

Docket or case number (if you know): *N/A*

Date of the court's decision: *N/A*

Result (attach a copy of the court's opinion or order, if available): *N/A*

*N/A*

*N/A*

(3) Did you receive a hearing on your motion or petition?                    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?               ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *N/A*

*N/A*

Docket or case number (if you know): *N/A*

Date of the court's decision: *N/A*

Result (attach a copy of the court's opinion or order, if available): *N/A*

*N/A*

*N/A*

*N/A*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*N/A*

*N/A*

*N/A*

*N/A*

*N/A*

*N/A*

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: *N/A*

*N/A*

*N/A*

*N/A*

*N/A*

*N/A*

*N/A*

Page 13

AO 241
(Rev. 01/15)

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☑ Yes ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _Did so Presented Them To The Highest State Court._

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _All Have been Exhausted_

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _N/A_ _N/A_ _N/A_ _N/A_ _N/A_ _N/A_ _N/A_ _N/A_

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _N/A_ _N/A_ _N/A_ _N/A_ _N/A_

AO 241
(Rev. 01/15)

Page 14

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

_____

(b) At arraignment and plea: _____

_____

(c) At trial: _____

_____

(d) At sentencing: _____

_____

(e) On appeal: _____

_____

(f) In any post-conviction proceeding: _____*Pro Se*_____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _*Pro Se*_

_____

_____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☑ Yes   ☐ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes   ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

The Petitioner Petition is Timely Filed within the Statute Of Limitations as Contained in 28 U.S.C. § 2244 and 2254 As such This Petition is Timely Filed.

_____

_____

_____

AO 241
(Rev. 01/15)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

     (1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of –

          (A)     the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

          (B)     the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

          (C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

          (D)     the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241
(Rev. 01/15)

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _The Petitioner Respectfully Ask This Honorable Court To Reverse and Remand For A Federal Evidentiary Hearing To Fully develope petitioners 6th and 14 Amendment Violation._

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _March 13, 2023_ (month, date, year).

Executed (signed) on _March 13, 2023_ (date).

_Darin D. Wright_
_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____
_____
_____
_____